LOUIS M. BUBALA III, ESQ.
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: lbubala@kcnvlaw.com

Attorneys for Plaintiffs Paul R. Haderer
and Alissa L. Haderer

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL R. HADERER and ALISSA L. HADERER,<br><br>Plaintiffs,<br><br>v.<br><br>HEADWATER COMPANIES, LLC,<br><br>Defendant. | Case No.: 3:18-cv-00556-RCJ-WGC<br><br>**STIPULATION AND ORDER FOR ADDITIONAL TIME TO RESPOND TO THE COMPLAINT**<br>(Second Request) |

Plaintiffs Paul R. Haderer and Alissa L. Haderer and Defendant Headwater Companies, LLC jointly stipulate as contained herein:

1. Plaintiffs filed this action on November 26, 2018, and a summons was issued the following day (ECF Doc. #1, #2). Plaintiffs served Defendant on November 30, 2018 (ECF Doc. #4). Its response to the complaint is due twenty-one (21) days after the date of service, that is, on or before December 21, 2018. Fed. R. Civ. P. 12(b).

2. Counsel for the parties have been in discussions in an attempt to resolve the case. In conjunction with their discussions, the Court previously granted the parties request to extend (the first request) the time for Defendant to respond to the complaint to **January 22, 2019** (ECF Doc. #5, #8). Fed. R. Civ. 6(b)(1)(B). The parties have made progress regarding discussions in resolve their disputes, but the discussions are ongoing. Therefore, the parties agree and request

Court approval to extend the time for Defendant to respond to the complaint for an additional 31 days, to **February 22, 2019**.

3. This is the second request for additional time to respond to the complaint. LR IA 6-1(a). The extension, combined with the first extension, seeks an combined additional 63 days to respond to the complaint beyond the original deadline to respond under Rule 12.

4. The parties make the request based on their good faith attempt to resolve their dispute through negotiations prior to responding to the complaint.

5. Therefore, the parties request the Court grant the current proposed extension to respond to the complaint.

**DATED** on this 18th day of January, 2019.

KAEMPFER CROWELL

By: */s/ Louis M. Bubala III*
  LOUIS M. BUBALA III
  Counsel to Plaintiffs

**DATED** on this 18th day of January, 2019.

McDONALD CARANO LLP

By: */s/ Pat Lundvall*
  PAT LUNDVALL, SBN 3761
  2300 West Sahara Avenue, Suite 1200
  Las Vegas, Nevada 89102
  Tel: 702.873.4100
  Counsel to Defendant

**ORDER**

IT IS SO ORDERED.

By: William G. Cobb
  UNITED STATES MAGISTRATE JUDGE

DATED: January 22, 2019

2261000.1 [18616.1]

Page 2 of 2