LOUIS M. BUBALA III, ESQ.
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
Email: lbubala@kcnvlaw.com

Attorneys for Plaintiffs Paul R. Haderer
and Alissa L. Haderer

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PAUL R. HADERER and ALISSA L. HADERER,

    Plaintiffs,

v.

HEADWATER COMPANIES, LLC,

    Defendant.

Case No.: 3:18-cv-00556-RCJ-WGC

**ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiffs Paul R. Haderer and Alissa L. Haderer and Defendant Headwater Companies, LLC stipulate to dismiss this action with prejudice. Fed. R. Civ. P. 41(a)(2). Each party is to bear its own fees and costs.

Dated this 7th of March, 2019

KAEMPFER CROWELL

By: /s/ Louis M. Bubala III
LOUIS M. BUBALA III

Counsel to Plaintiffs

Dated this 7th of March, 2019

McDONALD CARANO LLP

By: /s/ Pat Lundvall
PAT LUNDVALL
LAURA R. JACOBSON
Counsel to Defendant

**IT IS SO ORDERED.**

By: _____
UNITED STATES DISTRICT JUDGE

DATED: March 15, 2019

# # #